```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                 Civil No. 19-126(DSD/HB)
```

James Robert Pope, Sr. and
Pauline M. Chatfield,

       Plaintiffs,

v.                                                    **ORDER**

Phil Buhler, Mayor of the
City of Butterfield, et al.,

       Defendants.

      This matter is before the court upon the report and recommendation (R&R) of Magistrate Judge Hildy Bowbeer dated May 8, 2019. The magistrate judge recommended that the court dismiss the case without prejudice for failure to adequately plead a claim and because the claim alleged appears to be precluded by the Rooker-Feldman doctrine.[1]  ECF No. 8 at 1; ECF No. 5 at 3-4.  Pro se plaintiffs James Robert Pope, Sr. and Pauline Chatfield timely objected to the R&R, but did not provide any basis for that objection.[2]

      The court reviews the report and recommendation de novo.  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b).  After a review of the file and record, the court finds that the R&R is well-reasoned and correct.  Plaintiffs failed to

---

    [1] The magistrate judge granted plaintiffs leave to file an amended complaint, but plaintiffs have failed to do so.  See ECF No. 5 at 4.

    [2] Plaintiffs filed an appeal to the R&R, which the court will construe as an objection.

file an amended complaint remedying the deficiencies in their original complaint.  As a result, the court agrees with the magistrate judge that the case should be dismissed.  The court will dismiss the case without prejudice, however, so that plaintiffs may re-file in the future.

    Accordingly, **IT IS HEREBY ORDERED** that:

    1.   The magistrate judge's report and recommendation [ECF No. 8] is adopted in its entirety;

    2.   The objection [ECF No. 9] is overruled;

    3.   The action is dismissed without prejudice; and

    4.   The application to proceed in forma pauperis [ECF No. 2] is denied.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 3, 2019

                                        s/David S. Doty
                                        David S. Doty, Judge
                                        United States District Court